| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | DONNA L. CALVERT SBN IL 6191786<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| 4 | JEAN M. TRUK, CSBN 131517<br>Special Assistant United States Attorney |
| 5 |     160 Spear Street, Suite 800<br>    San Francisco, California 94105 |
| 6 |     Telephone: (415) 977-8935 |
| 7 |     Facsimile: (415) 744-0134<br>    E-Mail: jean.tuek@ssa.gov |

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JESUS RUELAS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:12-CV-03094 KLN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from July 17, 2013, to August 16, 2013.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time to further analyze the merits of this case.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

////

////

Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated: July 12, 2013                     Respectfully submitted,

                                         /s/  Kelsey M. Brown
                                         (As authorized via email)
                                         KELSEY M. BROWN
                                         Attorney for Plaintiff


Dated: July 12, 2013                     BENJAMIN B. WAGNER
                                         United States Attorney
                                         DONNA L. CALVERT
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                              By:        /s/  Jean M. Turk
                                         JEAN M. TUEK
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant


                                         ORDER

APPROVED AND SO ORDERED.

**Date: 7/15/2013**


                                         _____
                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE