1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT SBN IL 6191786
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JEAN M. TRUK, CSBN 131517
4  Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (415) 977-8935
         Facsimile: (415) 744-0134
7        E-Mail: jean.tuek@ssa.gov

8

9  Attorneys for Defendant

10             UNITED STATES DISTRICT COURT

11            EASTERN DISTRICT OF CALIFORNIA

12                  SACRAMENTO DIVISION

13
   JESUS RUELAS,                    )  Case No.: 2:12-CV-03094 KLN
14                                   )
                                     )  STIPULATION AND ~~PROPOSED~~ ORDER
15            Plaintiff,             )  FOR AN EXTENSION OF TIME
                                     )
16       vs.                         )
                                     )
17 CAROLYN W. COLVIN,                )
   Commissioner of Social Security,  )
18                                   )
              Defendant.             )
19 _____  )

20        IT IS HEREBY STIPULATED, by and between the parties, through their respective

21 counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be

22 extended from July 17, 2013, to August 16, 2013.  This is Defendant's first request for an

23 extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this

24 additional time to further analyze the merits of this case.

25        The parties further stipulate that the Court's Scheduling Order shall be modified

26 accordingly.

27 ////

28 ////

Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated:  July 12, 2013                        Respectfully submitted,

                                             /s    Kelsey M. Brown
                                             (As authorized via email)
                                             KELSEY M. BROWN
                                             Attorney for Plaintiff


Dated:  July 12, 2013                        BENJAMIN B. WAGNER
                                             United States Attorney
                                             DONNA L. CALVERT
                                             Regional Chief Counsel, Region IX
                                             Social Security Administration

                                 By:         /s/  Jean M. Turk
                                             JEAN M. TUEK
                                             Special Assistant U.S. Attorney

                                             Attorneys for Defendant


                                             ORDER

APPROVED AND SO ORDERED.

**Date:  7/15/2013**



                                             Kendall J. Newman
                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

Def. First Stip. for Ext.; 2:12-CV-03094 KLN        2