UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RUELAS, | No. 2:12-cv-3094-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Jesus Ruelas, represented by counsel, filed this social security action on December 26, 2012. (ECF No. 1.)[1] The administrative transcript was lodged on May 2, 2013, and on June 17, 2013, plaintiff's counsel filed a motion for summary judgment. (ECF Nos. 12, 14.)

Thereafter, on August 12, 2013, plaintiff's counsel filed a motion to dismiss the action, indicating that plaintiff had died on March 25, 2013. (ECF No. 17.) The Certificate of Death attached to the motion was issued on April 8, 2013, and reflects a March 25, 2013 date of death. (ECF No. 17-2.) Plaintiff's counsel states that she was unaware of plaintiff's death until

---

[1] This case was initially referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15), and both parties voluntarily consented to proceed before a United States Magistrate Judge for all purposes. (ECF Nos. 9, 10.)

1

contacted by counsel for the Commissioner on July 19, 2013. (ECF No. 17.) Because plaintiff was not married at the time of his death, and there is no surviving spouse to whom any benefits could be paid, plaintiff's counsel requests dismissal of the case. (Id.)

In light of the fact that the Commissioner has already filed an answer to plaintiff's complaint, the action cannot be dismissed without the Commissioner's stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Although the court finds it improbable that the Commissioner would be opposed to plaintiff's motion to dismiss the action, the court nonetheless finds it appropriate, out of an abundance of caution, to require the parties to file a stipulation of dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within fourteen (14) days of this order. In the unlikely event that the Commissioner opposes plaintiff's motion to dismiss the action, the Commissioner may alternatively file an opposition to the motion within fourteen (14) days of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of this order, the parties shall file a stipulation of dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
2. In the alternative, the Commissioner may file an opposition to plaintiff's motion to dismiss the action within fourteen (14) days of this order.
3. Failure to comply with the above deadlines may result in the imposition of monetary or other appropriate sanctions.

IT IS SO ORDERED.

Dated: August 13, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2