UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RUELAS, | No. 2:12-cv-3094-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Jesus Ruelas, represented by counsel, commenced this social security action on December 26, 2012. (ECF No. 1.)[1] On August 12, 2013, plaintiff's counsel filed a motion to dismiss the action, indicating that plaintiff had died, and that because plaintiff was not married at the time of his death, there was no surviving spouse to whom any potential benefits could be paid. (ECF No. 17.) Thereafter, on August 14, 2013, the parties filed a stipulation to dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 19.) Federal Rule of Civil Procedure 41(a)(1)(A) provides, in part, that "the plaintiff may dismiss an action without a court order by filing:…(ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R.

---

[1] This case was initially referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15), and both parties voluntarily consented to proceed before a United States Magistrate Judge for all purposes. (ECF Nos. 9, 10.)

1

Civ. P. 41(a)(1)(A)(ii).  Because no court order is strictly necessary, the parties' stipulation of dismissal is immediately effective.  Nevertheless, in the interests of clarity, the court issues this order confirming dismissal of the action.

Accordingly, in light of the parties' stipulation, IT IS HEREBY ORDERED that:

1. The action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Plaintiff's motion for summary judgment and motion to dismiss the action (ECF Nos. 14, 17) are DENIED AS MOOT.

3. The Clerk of Court is directed to close this case and vacate all dates.

IT IS SO ORDERED.

Dated:  August 16, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE